# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| Will McRaney,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>The North American Mission Board of the Southern Baptist Convention, Inc.,<br><br>　　　　Defendant. | Case No. 1:17-cv-00080-GHD-DAS |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, Will McRaney, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order granting Defendant's motion for summary judgment and dismissing Plaintiff's claims for lack of subject matter jurisdiction, entered on August 15, 2023 (Doc. 288), and the Memorandum Opinion, dated August 15, 2023 (Doc. 287).

September 12, 2023　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*Scott E. Gant*

　　　　　　　　　　　　　　　　　　　Scott E. Gant
　　　　　　　　　　　　　　　　　　　BOIES SCHILLER FLEXNER LLP
　　　　　　　　　　　　　　　　　　　1401 New York Avenue, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　Phone: (202) 237-2727
　　　　　　　　　　　　　　　　　　　sgant@bsfllp.com

　　　　　　　　　　　　　　　　　　　*William Harvey Barton*

　　　　　　　　　　　　　　　　　　　William Harvey Barton, II
　　　　　　　　　　　　　　　　　　　BARTON LAW FIRM, PLLC
　　　　　　　　　　　　　　　　　　　3007 Magnolia Street
　　　　　　　　　　　　　　　　　　　Pascagoula, MS 39567
　　　　　　　　　　　　　　　　　　　Phone: (228) 769-2070
　　　　　　　　　　　　　　　　　　　harvey@wbartonlaw.com