**TRANSCRIPT ORDER FORM (DKT-13)** - <u>READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING</u>

District Court <u>Northern District of Mississippi</u>   District Court Docket No. <u>17-CV-00080-GHD-DAS</u>
Short Case Title <u>McRaney v. North American Mission Board of Southern Baptist Convention, Inc.</u>
**ONLY ONE COURT REPORTER PER FORM** Court Reporter _____
Date Notice of Appeal Filed in the District Court <u>9/12/23</u>       Court of Appeals No. <u>23-60494</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
**A. Complete the Following:**
☐ No hearings  ☑ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office
**OR**
**Check all of the following that apply, include date of the proceeding.**
 This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____  ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____  ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____  ☐ Jury Instructions _____  ☐ Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for **DISMISSAL OF APPEAL.**
**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
☐ Other _____

Signature <u>Scott E. Grant</u>            Date Transcript Ordered <u>N/A</u>
Print Name <u>Scott E. Grant</u>            Phone <u>202-895-7566</u>
Counsel for <u>Appellant - Plaintiff</u>
Address <u>Boies Schiller Flexner LLP, 1401 NY Ave, NW Washington, DC 20005</u>
Email of Attorney: <u>SGRANT@BSFLLP.com</u>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher

         ☐ Other (Specify) _____

Date _____   Signature of Reporter _____   Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

 This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____         Actual Number of Volumes _____

Date _____   Signature of Reporter _____