# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 02, 2023

Mr. William Harvey Barton II
Barton Law Firm, P.L.L.C.
3007 Magnolia Street
Pascagoula, MS 39567-0000

Mr. Scott E. Gant
Boies, Schiller & Flexner, L.L.P.
1401 New York Avenue, N.W.
Washington, DC 20005

    No. 23-60494    McRaney v. N Amer Mission Bd
                          USDC No. 1:17-CV-80

Dear Counsel,

Within 14 days, counsel must separately file a copy of the Record Excerpts in Portable Document Format (PDF) file, as required by 5th Cir. R. 30.1.2, by using the docket event "Record Excerpts Filed," which is found under the "Briefs" category. Failure to do so may result in the dismissal of the appeal.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Shea E. Pertuit, Deputy Clerk
                              504-310-7666

cc:
    Ms. Kathleen Ingram Carrington
    Mr. Matthew T. Martens
    Mr. Timothy Jeffrey Perla
    Mr. Joshua A. Vittor
    Mr. Joshua Jerome Wiener