## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 02, 2023

Mr. William Harvey Barton II
Barton Law Firm, P.L.L.C.
3007 Magnolia Street
Pascagoula, MS 39567-0000

Mr. Scott E. Gant
Boies, Schiller & Flexner, L.L.P.
1401 New York Avenue, N.W.
Washington, DC 20005

    No. 23-60494   McRaney v. N Amer Mission Bd
                       USDC No. 1:17-CV-80

Dear Counsel,

We received your record excerpts. The record excerpts should not be uploaded to the "Appellant's Brief Filed" event. They should be separately filed as "Record Excerpts Filed" which can be found under the "Briefing" category. These record excerpts should be filed within 14 days. Failure to do so may result in the dismissal of the appeal. In light of this, we are taking no action on these record excerpts until they are filed correctly.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Shea E. Pertuit, Deputy Clerk
                                504-310-7666

cc:
    Ms. Kathleen Ingram Carrington
    Mr. Matthew T. Martens
    Mr. Timothy Jeffrey Perla
    Mr. Joshua A. Vittor
    Mr. Joshua Jerome Wiener