# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 10, 2023

Mrs. Michelle Shamblin Stratton
Smyser Kaplan & Veselka, L.L.P.
717 Texas Avenue
Suite 2800
Houston, TX 77002

    No. 23-60494   McRaney v. N Amer Mission Bd
                            USDC No. 1:17-CV-80

Dear Mrs. Stratton,

The following pertains to your brief electronically filed on November 7, 2023.

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see Fed. R. App. P. 12(b) and 5th Cir. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____
                                            Shea E. Pertuit, Deputy Clerk
                                            504-310-7666

cc:
    Mr. William Harvey Barton II
    Ms. Kathleen Ingram Carrington
    Mr. Scott E. Gant
    Mr. Matthew T. Martens
    Mr. Timothy Jeffrey Perla
    Mr. Joshua A. Vittor
    Mr. Joshua Jerome Wiener