No. 23-60494

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

23-60494

WILL MCRANEY,

*Plaintiff-Appellant*,

v.

THE NORTH AMERICAN MISSION BOARD OF THE SOUTHERN BAPTIST CONVENTION, INCORPORATED,

*Defendant-Appellee.*

On Appeal from the United States District Court for the Northern District of Mississippi in Case No. 1:17-cv-00080 (Davidson, J.)

## MOTION TO VIEW SEALED DOCUMENTS

TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Defendant-Appellee the North American Mission Board of the Southern Baptist Convention, Inc. ("NAMB") files this motion to view sealed documents.

1. The district court sealed relevant portions of the summary judgment record, including (1) the Memorandum in Support of NAMB's Motion for Summary Judgment (ECF No. 264), and (2) Exhibit 13 to NAMB's Motion for Summary Judgment (ECF No. 263-14).

2. Because these pleadings were sealed by the district court, they were not included in the Electronic Record on Appeal that the parties are permitted to access. The parties and the Court would benefit from access to the complete record, including the above-referenced documents which were filed under seal.

3.    Pursuant to Fifth Circuit Rule 27.4, NAMB contacted counsel for Plaintiff-Appellant Will McRaney ("Plaintiff") about this motion, and inquired whether Plaintiff would agree to file the motion jointly. On November 8, 2023, Plaintiff's counsel indicated that Plaintiff would not join the motion, and that Plaintiff takes no position on the motion.

**PRAYER**

4.    NAMB respectfully requests the Court grant this motion and grant the parties access to the sealed portions of its record, with the electronic Record on Appeal pagination, for purposes of this appeal. NAMB does not seek through this motion that such documents be unsealed or made available to the public. NAMB finally requests such additional relief to which they may be justly entitled.

November 9, 2023                                                  Respectfully submitted,

By: /s/ Matthew Martens
    Matthew Martens
    WILMER CUTLER PICKERING
     HALE AND DORR LLP
    2100 Pennsylvania Avenue, N.W.
    Washington, D.C. 20037
    Telephone: (202) 663-6000

*Counsel for Defendant – Appellee
The North American Mission Board for the
Southern Baptist Convention, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served on November 9, 2023, on all counsel of record via the Court's CM/ECF system.

/s/ *Matthew Martens*
Matthew Martens

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 237 words.

/s/ *Matthew Martens*
Matthew Martens