

**SMYSER KAPLAN & VESELKA, L.L.P.**

717 TEXAS AVENUE · SUITE 2800 · HOUSTON, TEXAS 77002-2761
TELEPHONE 713.221.2300 · WWW.SKV.COM

Direct Dial Number:
(713) 221-2354

Author's E-mail Address:
mstratton@skv.com

November 10, 2023

<u>*Via E-File*</u>

Lyle W. Cayce, Clerk of the Court
U.S. Court of Appeals, Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, Louisiana 70130

Re:   No. 23-60494; *Will McRaney v. North American Mission Board of the Southern Baptist Convention, Incorporated*

Mr. Cayce:

I represent *amici curiae* Current and Former Baptist Leaders in the above-captioned matter. It has come to my attention that the biographical information of three leaders listed in the *amici* brief contained errors. The following information is correct:

- John Batts is pastor of First Baptist Church, Clear Lake, WA; trustee of the Southern Baptist Convention Executive Committee; former member of the Southern Baptist Convention Nominating Committee;

- Morris Chapman is President Emeritus, Southern Baptist Convention Executive Committee (2010 to present); former CEO and President, Southern Baptist Convention Executive Committee (1992-2010); former President, Southern Baptist Convention (1990-1992); and

- Tim Yarbrough is former Editor/Executive Director, Arkansas Baptist News (2010-2020); former Church Relations Director, North American Mission Board (2002-2010); former Communications Director, Missouri Baptist Convention (1995-2002); former Program Editor, Southern Baptist Brotherhood Commission (1989-1995).

Should you require anything further, please contact me.

Respectfully submitted,

*Michelle S. Stratton*
Michelle S. Stratton

MSS:dh

cc:   All counsel of record

1357127.1