# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 16, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60494   McRaney v. N Amer Mission Bd
                      USDC No. 1:17-CV-80

Enclosed is an order entered in this case.

The court has considered the motion of North American Mission Board of the Southern Baptist Convention, Incorporated to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for North American Mission Board of the Southern Baptist Convention, Incorporated may obtain all ex parte documents *filed on behalf of* North American Mission Board of the Southern Baptist Convention, Incorporated, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

*Shea E. Pertuit*

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Mr. William Harvey Barton II
Ms. Kathleen Ingram Carrington
Mr. David Crews
Mr. Scott E. Gant
Mr. Matthew T. Martens
Mr. Timothy Jeffrey Perla
Mrs. Michelle Shamblin Stratton
Mr. Joshua A. Vittor
Mr. Joshua Jerome Wiener