# United States Court of Appeals for the Fifth Circuit

No. 23-60494

Will McRaney,

*Plaintiff—Appellant*,

*versus*

The North American Mission Board of the Southern Baptist Convention, Incorporated,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:17-CV-80

ORDER:

IT IS ORDERED that Appellee's motion to view and obtain sealed documents is GRANTED.

/s/ Dana M. Douglas
Dana M. Douglas
*United States Circuit Judge*