IN THE UNITED STATES COURT OFAPPEALS
FOR THE FIFTH CIRCUIT
Case No. 23-60494

| | |
|---|---|
| WILL McRANEY, | ) |
| | ) On a Rule 3 Appeal from the |
| *Plaintiff-Appellant*, | ) Dismissal on Summary Judgment |
| | ) for Lack of Subject Matter |
| -vs- | ) Jurisdiction |
| | ) |
| THE NORTHERN AMERICAN | ) |
| MISSION BOARD OF THE | ) |
| SOUTHERN BAPTIST | ) |
| CONVENTION, | ) |
| INCORPORATED, | ) |
| | ) |
| *Defendant-Appellee*. | ) |

---

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*
EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST
CONVENTION**

---

LARRY L. CRAIN
CRAIN LAW GROUP, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
Tel:  (615) 376-2600
Fax:  (615) 345-6009
larry@crainlaw.legal

*Counsel for Amicus Curiae*

## <u>STATEMENT OF INTERESTED PERSONS</u>

Pursuant to Fifth Circuit Rules 29.2 and 28.2.1, the undersigned counsel of record for *amicus curiae* certifies that the following persons and entities as described in Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. The Southern Baptist Convention Executive Committee

2. The Northern American Mission Board of the Southern Baptist Convention, Incorporated

3. Will McRaney

4. Boies Schiller Flexner LLP – Counsel for Plaintiff

5. Scott E. Gant – Counsel for Plaintiff.

6. Victoria Scordato – Counsel for Plaintiff

7. William Harvey Barton, II – Counsel for Plaintiff

8. Butler Snow LLP – Counsel for Defendant

9. Kathleen Ingram Carrington– Counsel for Defendant

10. Joshua J. Weiner – Counsel for Defendant

11. Matthew T. Martens – Counsel for Defendant

12. Timothy Jeffrey Perla – Counsel for Defendant

13. William Cutler Pickering Hale & Dorr LLP – Counsel for Defendant

14. Larry L. Crain – Counsel for *Amicus Curiae*

*15.* Crain Law Group PLLC – Counsel for *Amicus Curiae*

16. William Cutler Pickering Hale & Dorr LLP – Counsel for Defendant

Pursuant to Fed. R. P. 26.1(a), *amicus* is a non-profit organization that exists to minister to the autonomous churches of the Southern Baptist Convention by acting for the Convention *ad interim* in all matters not otherwise provided for in a manner that encourages the cooperation and confidence of the churches, associations, and state conventions and facilitates maximum support for worldwide missions and ministries.  No party to this filing has a parent corporation, and no publicly held corporation owns 10% or more of the stock of any of the parties to this filing.

Dated:  December 4, 2023.


*/s Larry L. Crain*
Larry L. Crain
*Counsel for Amicus Curiae*
*Executive Committee of Southern Baptist*
*Convention*

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure, the proposed *amicus* moves the Court for leave to file the accompanying brief *amicus curiae* in support of the Defendant-Appellee Northern American Mission Board of the Southern Baptist Convention. The Defendant-Appellant has consented to the filing of this brief. The Plaintiff-Appellant declined to consent to the filing of this brief.

Prospective *amicus* respectfully submits that its brief will assist the Court because *amicus* has extensive knowledge of the internal polity of the Southern Baptist Convention and of the autonomous, independent self-governing nature of churches cooperating with the Southern Baptist Convention. In addition, *amicus* has a background of knowledge and experience in working with Southern Baptist churches across the world that brings a unique understanding and perspective that it believes will aid this court in the proper application of the doctrine of ecclesiastical abstention to this case.

"Courts enjoy broad discretion to grant or deny leave to amici under Rule 29." *Lefebure v. D'Aquilla,* No. 19-30702, 2021 WL 4552965, at *3 (5th Cir. Oct. 5, 2021). The movant's *amicus* brief satisfies the traditional considerations underlying the role of *amici* by providing this Court with an in-depth look at the church polity as well as the governing structure and

relationships within the Southern Baptist Convention.  These matters are not only relevant, but critical to a proper understanding of the way local churches within the Southern Baptist Convention exercise independent autonomy as a congregational form of church government in conducting their affairs.

For these reasons, the proposed *amicus* urges the Court to grant this motion for leave to file the attached brief *amicus curiae.*

/s/ Larry L. Crain
LARRY L. CRAIN
CRAIN LAW GROUP, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
Tel:  (615) 376-2600
Fax:  (615) 345-6009
larry@crainlaw.legal

*Counsel for Amicus Curiae*
*Executive Committee*
*Southern Baptist Convention*

### CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. The foregoing motion complies with the word limits of Fed. R. App. P. 32(g)(1) and Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and Fed. R. App. P. 27(d)(2), the word count feature in Microsoft Word reports that this document contains 565 words.

2. The foregoing motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman, size 14 font.

*/s Larry L. Crain*

Larry L. Crain
*Counsel for Amicus Curiae*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 4, 2023, I filed the foregoing Motion For Leave to File Amicus Brief For Executive Committee of the Southern Baptist Convention via the CM/ECF system, which will send a Notification of Electronic Filing to all counsel of record.

Scott E. Gant
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
(202) 237-2727

*Counsel for Plaintiff-Appellant*
*Will McRaney*

Matthew T. Martens
Timothy J. Perla
Joshua A. Vittor
WILLMER CUTLER PICKERING HALE AND DORR, LLP
2100 Pennsylvania Avenue, N.W.
Washington, DC  20037
(202) 663-6000
Matthew.martens@wilmerhale.com
Timothy.perla@wilmerhale.com
Joshua.vittor@wilmerhale.com

*Counsel for Defendant-Appellee*
*The North American Mission Board*
*of the Southern Baptist Convention, Incorporated*

Michelle Stratton
SMYSER KAPLAN & VESELKA LLP
717 Texas Avenue, Suite 2800
Houston, Texas 77002
(713) 221-2300
mstratton@skv.com

*Counsel for Amici Curiae Current and
Former Baptist Leaders*

/s/ Larry L. Crain

LARRY L. CRAIN
CRAIN LAW GROUP, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
Tel:  (615) 376-2600
Fax:  (615) 345-6009
larry@crainlaw.legal

*Counsel for Amicus Curiae
Executive Committee of the
Southern Baptist Convention*