# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 04, 2023

Mr. Larry L. Crain
Crain Law Center
5214 Maryland Way
Suite 402
Brentwood, TN 37027

    No. 23-60494    McRaney v. N Amer Mission Bd
                         USDC No. 1:17-CV-80

Dear Mr. Crain,

We received your proposed amicus brief filed by Southern Baptist Convention. The brief should not have been filed until the motion to file amicus brief has been granted. The proposed amicus brief should have been uploaded, as a separate attachment, in the motion for leave to file amicus brief entry. In light of this, we are taking no action on the proposed amicus brief at this time.

The Clerk's Office will attach the proposed brief to the motion for leave to file amicus brief event.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc:
    Mr. William Harvey Barton II
    Ms. Kathleen Ingram Carrington
    Mr. Scott E. Gant
    Mr. Matthew T. Martens
    Mr. Timothy Jeffrey Perla
    Mrs. Michelle Shamblin Stratton
    Mr. Joshua A. Vittor
    Mr. Joshua Jerome Wiener