No. 23-60494

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Will McRaney,

*Plaintiff-Appellant*,

v.

The North American Mission Board of the Southern Baptist Convention, Inc.,

*Defendant-Appellee*.

On Appeal from the United States District Court
for the Northern District of Mississippi,
Case No. 1:17-cv-00080-GHD-DAS

**APPELLANT WILL MCRANEY'S OPPOSITION TO
MOTION OF THE SOUTHERN BAPTIST CONVENTION
EXECUTIVE COMMITTEE FOR LEAVE TO FILE
BRIEF AS *AMICUS CURIAE***

SCOTT E. GANT
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
(202) 237-2727
sgant@bsfllp.com

*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF INTERESTED PERSONS

No. 23-60494

Will McRaney,

*Plaintiff-Appellant*,

v.

The North American Mission Board of the Southern Baptist Convention, Inc.,

*Defendant-Appellee*.

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

Will McRaney – Plaintiff
Sandy McRaney – Plaintiff's Spouse
Boies Schiller Flexner LLP – Counsel for Plaintiff
Scott E. Gant – Counsel for Plaintiff
Victoria Scordato – Counsel for Plaintiff
William Harvey Barton, II – Counsel for Plaintiff
The North American Mission Board of the Southern Baptist Convention, Inc. – Defendant
Butler Snow LLP – Counsel for Defendant
Kathleen Ingram Carrington – Counsel for Defendant
Joshua J. Wiener – Counsel for Defendant
Wilmer Cutler Pickering Hale & Dorr LLP – Counsel for Defendant
Matthew T. Martens – Counsel for Defendant
Timothy Jeffrey Perla – Counsel for Defendant
Joshua Aisen Vittor – Counsel for Defendant

_____ s/ Scott E. Gant_____

Counsel of Record for Plaintiff-Appellant

i

# TABLE OF CONTENTS

CERTIFICATE OF INTERESTED PERSONS ........................................................i

ARGUMENT ...............................................................................................1

CONCLUSION ............................................................................................2

## ARGUMENT

The Southern Baptist Convention's Executive Committee ("SBC EC" or Movant) has filed a motion for leave to file a brief as *amicus curiae*. *See* Doc. 37-1.[1] That request is inappropriate because the SBC EC and Appellee NAMB are closely related affiliates from the same organization—the Southern Baptist Convention.[2]

The Southern Baptist Convention (SBC) only exists when in session—typically two days each year. *See* Doc. 37-2 at 2. Between sessions, the SBC EC acts for the Convention. *See* https://www.sbc.net/about/what-we-do/sbc-entities/executive-committee/; Doc. 37-1 at 3.

NAMB is an agency of the SBC, and **the SBC is the sole member of NAMB** and appoints NAMB's directors. *See* Doc. 37-2 at 7. Thus, NAMB and the Movant are not sufficiently separate entities for purposes of Federal Rule of Appellate Procedure 29.[3]

---

[1] Counsel for the Movant represented to the Court that "Plaintiff-Appellant declined to consent to the filing of [the proposed amicus] brief. Doc. 37-1 at 4; *see also* Doc. 37-2 at 1 n.1 (representing that consent was "withheld"). That statement was inaccurate. When contacted, counsel for Dr. McRaney asked counsel for Movant to send the proposed amicus brief or a substantially complete draft in order for Dr. McRaney to consider the request for consent. Counsel for Movant agreed to provide a draft of the brief, but never did so, and never followed up before filing the motion. Thus, when the motion for leave was filed, consent had neither been granted nor refused.

[2] Movant's proposed amicus brief also contains inaccurate statements, not addressed in this response to the motion.

[3] In the district court, NAMB withheld as privileged (and included on its privilege log) documents containing or reflecting communications with "SBC leadership" and SBC counsel.

Movant represents that "no party or party's counsel contributed money for the brief; and no one other than amicus and its counsel have contributed money for this brief." Doc. 37-2 at 1 n.1. But even leaving aside that the SBC is the sole member of NAMB, the finances of NAMB are enmeshed with those of the SBC and Movant. The SBC EC reviews the financial statements of SBC agencies, such as NAMB, and recommends the annual operating budget for the SBC. *See* https://www.sbc.net/about/what-we-do/sbc-entities/executive-committee/. NAMB "receives most of its regular financial support from gifts received through" Movant. https://www.namb.net/wp-content/uploads/2022/06/2022-Ministry-Report-Financial-Statement.pdf (Note 1 to Consolidated Financial Statements).

## CONCLUSION

The Motion for leave to file should be denied.

Respectfully submitted,

　s/ Scott E. Gant　　　　　　　　　

Scott E. Gant
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
(202) 237-2727
sgant@bsfllp.com

*Counsel for Plaintiff-Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2023, a true and correct copy of the foregoing was served via electronic filing with the Clerk of Court and all registered ECF users.

December 6, 2023                                       s/ Scott E. Gant

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 394 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f) and Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Times New Roman font.

December 6, 2023                              s/ Scott E. Gant