# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 08, 2023

Mr. R. Shawn Gunnarson
Kirton McConkie
36 S. State Street
Suite 1900
Salt Lake City, UT 84111

    No. 23-60494   McRaney v. N Amer Mission Bd
                  USDC No. 1:17-CV-80

Dear Mr. Gunnarson,

Appearance forms require either an original signature in the signature line or **"s/name"** by attorneys filing under their own CM/ECF login.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Burke Fenerty, Deputy Clerk
                                  504-310-7624