# United States Court of Appeals for the Fifth Circuit

---

No. 23-60494

---

Will McRaney,

*Plaintiff—Appellant*,

*versus*

The North American Mission Board of the Southern Baptist Convention, Incorporated,

*Defendant—Appellee*.

---

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:17-CV-80

---

ORDER:

    IT IS ORDERED that the opposed motion of the Executive Committee of the Southern Baptist Convention to file an amicus brief is DENIED.

                                        /s/ Dana M. Douglas
                                        Dana M. Douglas
                                        *United States Circuit Judge*