# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 15, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60494   McRaney v. N Amer Mission Bd
                    USDC No. 1:17-CV-80

Enclosed is an order entered in this case.


                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Majella A. Sutton, Deputy Clerk
                          504-310-7680

Mr. William Harvey Barton II
Mr. Daniel Howard Blomberg
Ms. Kathleen Ingram Carrington
Mr. Scott E. Gant
Mr. R. Shawn Gunnarson
Mr. David J. Hacker
Mr. Matthew T. Martens
Mr. Timothy Jeffrey Perla
Mrs. Michelle Shamblin Stratton
Mr. Joshua A. Vittor
Mr. Joshua Jerome Wiener