# United States Court of Appeals
# for the Fifth Circuit

-----

No. 23-60494

-----

Will McRaney,

    *Plaintiff—Appellant,*

*versus*

The North American Mission Board of the Southern Baptist Convention, Incorporated,

    *Defendant—Appellee.*

-----

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:17-CV-80

-----

ORDER:

    IT IS ORDERED that the opposed motion of the Becket Fund for Religious Liberty to file an amicus brief is GRANTED.

                               /s/ Dana M. Douglas
                              Dana M. Douglas
                              *United States Circuit Judge*