# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 12, 2024

No. 23-60494    McRaney v. N Amer Mission Bd
                   USDC No. 1:17-CV-80

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED".

**The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Record excerpts must be white. Appellant's reply brief must be gray. Amicus brief must be green.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

**DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Kim M. Pollard, Deputy Clerk
                              504-310-7635

cc:    Mr. William Harvey Barton II

Mr. Daniel Howard Blomberg
Ms. Kathleen Ingram Carrington
Ms. Amanda Gray Dixon
Mr. Scott E. Gant
Mr. R. Shawn Gunnarson
Mr. David J. Hacker
Ms. Adele Keim
Mr. Matthew T. Martens
Mr. Timothy Jeffrey Perla
Mr. Hiram Stanley Sasser III
Mrs. Michelle Shamblin Stratton
Mr. Joshua A. Vittor
Mr. Joshua Jerome Wiener