# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 21, 2024

        No. 23-60494    McRaney v. N Amer Mission Bd
                        USDC No. 1:17-CV-80

Dear Counsel,

The above referenced case has been scheduled for oral argument
on 04/04/2024. It will be held in New Orleans - West Courtroom
at 9:00.  The Oral Argument session number is 37.

**Arguing counsel is responsible for electronically filing the
Oral Argument Acknowledgment Form by no later than March 6,
2024.** To submit your form, log in to CM/ECF and select the event
'Oral Argument Acknowledgment Form Filed.' Please include your
session number when completing the Oral Argument Acknowledgment
Form.

IMPORTANT: Please confer with all counsel on your side regarding
the order and division of time before submitting the form. This
step is critical to ensure you are providing the court with
accurate information. The court will not allow any changes
except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our
website at https://www.ca5.uscourts.gov/oral-argument-
information/attending-oral-arguments.** Also available on this
page are links to the 'Court and Special Hearings Calendar' and
'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of
Counsel," you must do so before filing the Oral Argument
Acknowledgment Form.  You must name each party you represent,
See Fed. R. App. P. and 5th Cir. R. 12.  The form is available
at https://www.ca5.uscourts.gov/appearanceform.  Attorneys
appointed under the Criminal Justice Act are exempt from the
requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the
court before argument, we must receive any additional filings in
this office by noon on the workday immediately preceding the day
your case is scheduled for argument. Exceptions will be made for
emergencies only.

Notice to Court Appointed Counsel: Please review for information
on CJA travel at https://www.ca5.uscourts.gov/oral-argument-
information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Kim Pollard at 504-310-7635.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Kim M. Pollard, Calendar Clerk
504-310-7635

cc:
    Mr. William Harvey Barton II
    Mr. Daniel Howard Blomberg
    Ms. Kathleen Ingram Carrington
    Ms. Amanda Gray Dixon
    Mr. Scott E. Gant
    Mr. R. Shawn Gunnarson
    Mr. David J. Hacker
    Ms. Adele Keim
    Mr. Matthew T. Martens
    Mr. Timothy Jeffrey Perla
    Mr. Hiram Stanley Sasser III
    Mrs. Michelle Shamblin Stratton
    Mr. Joshua A. Vittor
    Mr. Joshua Jerome Wiener