# No. 23-60494

In The
## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**WILL MCRANEY,**
*Plaintiff-Appellant,*

v.

**NORTH AMERICAN MISSION BOARD OF THE SOUTHERN BAPTIST CONVENTION, INC.,**
*Defendant-Appellee.*

Appeal from the United States District Court for the
Northern District of Mississippi, Aberdeen
Glen H. Davidson, District Judge • Case No. 1:17-CV-80

## MOTION FOR LEAVE TO FILE LETTER REGARDING OPINION

**HORVITZ & LEVY LLP**
JEREMY B. ROSEN
RYAN M. DUNBAR
505 Sansome Street, Suite 1550
San Francisco, California 94111-3149
(415) 462-5600

Attorneys for Non-party
**Church of Scientology International**

# MOTION FOR LEAVE TO FILE LETTER REGARDING OPINION

Non-party Church of Scientology International respectfully requests leave of court to file the attached letter regarding the court's opinion in *McRaney v. North American Mission Board of the Southern Baptist Convention, Inc.*, No. 23-60494 (5th Cir. Sept. 9, 2025). The court's opinion contains text and a footnote concerning the Church's status as a religion. The Church is not a party to this case and did not have an opportunity to weigh in on its entitlement to constitutional protections. The attached letter provides the Church's perspective on this matter. The letter respectfully requests modest revisions to the court's opinion so that the Church is not singled out as potentially underserving of First Amendment protection.

September 26, 2025

**HORVITZ & LEVY LLP**
 JEREMY B. ROSEN
 RYAN M. DUNBAR

By: _____
 Ryan M. Dunbar

Attorneys for Non-party
**CHURCH OF SCIENTOLOGY INTERNATIONAL**

ATTACHMENT

# HORVITZ & LEVY LLP

September 25, 2025

The Honorable Priscilla Richman; Andrew S. Oldham;
and Irma Carrillo Ramirez
United States Court of Appeals for the Fifth Circuit
600 Camp Street
New Orleans, Louisiana 70130

Re: ***McRaney v. North American Mission Board of the Southern Baptist Convention, Inc.***, **No. 23-60494 (5th Cir. Sept. 9, 2025)**

Dear Judge Richman, Judge Oldham, and Judge Ramirez:

Non-party Church of Scientology International respectfully requests that the panel modify the text of its opinion discussing the Church at pages 33 and 34—including removing footnote 8—without changing the panel's judgment. Contrary to the rest of the majority opinion which correctly provides important protections to all religious organizations, the discussion about the Church of Scientology reinforces stereotypes and singles out the Church as potentially undeserving of First Amendment protection.

Footnote 8 is particularly troubling as it suggests that Scientology is not a true religion. *But see Church of Scientology Flag Serv. Org., Inc. v. City of Clearwater*, 2 F.3d 1514, 1520 (11th Cir. 1993) ("[R]esearch has not uncovered any holdings that Scientology is not a religion for First Amendment purposes."). Footnote 8 cites only *United States v. Heldt*, 668 F.2d 1238 (D.C. Cir. 1981), a 1981 criminal case issued well before the IRS and others officially recognized Scientology as a bona fide religion.[1] But nothing in *Heldt* suggests that Scientology is not protected by the First Amendment. And that case involved conduct that occurred nearly fifty years

---

[1] The date of the original IRS determinations recognizing all U.S. churches of Scientology as exempt from federal income tax under Section 501(c)(3) and as churches under Section 170(b)(1)(A)(i) of the Internal Revenue Code—as well as the continuing validity of these determinations—can be verified online via the IRS Exempt Organization Business Master File at the following link: https://perma.cc/4BTL-DDA5.

ago and was committed by individuals in an office that was disbanded forty-five years ago.  The Church of Scientology was not a party in that case.

It is also incorrect to imply Mr. Miscavige derives his authority in the Church as a "Captain of the Sea Org."[2]  He deserves to be properly identified in a judicial opinion as the ecclesiastical leader of Scientology.  His official title is Chairman of the Board of the Religious Technology Center.

Removing footnote 8 from the majority opinion and correcting the reference to Mr. Miscavige will have no impact on the holding of this case.  The majority's well-reasoned opinion protects the rights of religious institutions.  It should not at the same time lead to the weakening of First Amendment protections for one of this country's minority religions.  The Church respectfully asks that the Court make these modest revisions to the majority opinion.

Thank you for your consideration of this request.

Very truly yours,

**HORVITZ & LEVY LLP**
  JEREMY B. ROSEN
  RYAN M. DUNBAR

By: _____
    Ryan M. Dunbar

---

[2]  In addition, Mr. Miscavige's name is misspelled on page 34 of the opinion.

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

## CERTIFICATE OF SERVICE

**5th Cir. Case Number(s)** | 23-60494

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the Court's CM/ECF filing system in compliance with FRAP Rule 25(b) and (c).

I certify that I served the foregoing/attached document(s) using the Court's CM/ECF filing system to all registered case participants on this date.

## CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This motion is approximately 113 words and complies with FRAP 27(d)(2)(A).
2. The motion's type size and typeface comply with FRAP 32(a)(5) and (6).

**Signature** | s/ Ryan M. Dunbar  **Date** | September 26, 2025