# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 30, 2025
Lyle W. Cayce
Clerk

No. 23-60494

Will McRaney,

*Plaintiff—Appellant*,

versus

The North American Mission Board of the Southern Baptist Convention, Incorporated,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:17-CV-80

_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT