United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 20, 2025
Lyle W. Cayce
Clerk

No. 23-60494

WILL MCRANEY,

    *Plaintiff—Appellant*,

*versus*

THE NORTH AMERICAN MISSION BOARD OF THE SOUTHERN BAPTIST CONVENTION, INCORPORATED,

    *Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:17-CV-80

_____

ORDER:

    The order withholding issuance of the mandate in this appeal is VACATED.


LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT